AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Block, Frederic | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/05/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>225 Cadman Plaza E.<br>Eastern District Court of NY<br>Brooklyn, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer | Frederic Block, P.C. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2008 MAY 19 A 9: 47 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/05/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

|  | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. |  |  |  |
| 2. |  |  |  |
| 3. |  |  |  |
| 4. |  |  |  |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

|  | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | NEW YORK STATE TEACHERS' RETIREMENT |
| 2. |  |  |
| 3. |  |  |
| 4. |  |  |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

|  | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. |  |  |  |  |  |
| 2. |  |  |  |  |  |
| 3. |  |  |  |  |  |
| 4. |  |  |  |  |  |
| 5. |  |  |  |  |  |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. ALLIED CAPITAL CORP. | B | Dividend | | | Sell | 1/26 | K | D | |
| 2. AMERICA MOVIL SER L ADR (1) | B | Dividend | K | T | | | | | |
| 3. AT&T INC. SENIOR NOTES 6.375% 2/15/56 (1) | A | Interest | J | T | Buy | 2/6 | J | | |
| 4. CITIGROUP INC. (1) | A | Interest | J | T | | | | | |
| 5. COHEN STEERS CLOSED END OPPTY FD(1) | B | Dividend | K | T | | | | | |
| 6. COHEN & STEERS INTN REALTY FD CL C | A | Dividend | K | T | Buy | 1/3 | K | | |
| 7. COHEN & STEERS INTN RALTY FD CL C | | None | | | Sell | 10/3 | K | D | |
| 8. DELAWARE INVT GBL D INCM (1) | A | Dividend | J | T | | | | | |
| 9. DNP SELECT INCOME FD INC. | B | Dividend | | | Sell | 5/18 | K | B | |
| 10. EATON VANCE TAX-MANAGED GBL DIV EQUITY FD(1) | B | Dividend | J | T | | | | | |
| 11. EATON VANCE TAX-MANAGED GBL DIV | C | Dividend | K | T | Buy | 2/22 | K | | |
| 12. FIRST TR TAX ADVANTAGED PFD INC FD(1) | B | Dividend | J | T | | | | | |
| 13. FIRST RR TAX ADVANT. PFD INC FD | C | Dividend | K | T | Buy | 4/4 | K | | |
| 14. FLAHERTY & CRUMRINE CLAYMORE PFD SEC INC FD(1) | A | Dividend | J | T | Buy | 5/15 | J | | |
| 15. FRT TRT VAL INDX(1) | A | Dividend | K | T | Buy | 1/31 | K | | |
| 16. FRT TRT VAL INDX(1) | | None | | | Sell | 5/15 | K | A | |
| 17. CAPITAL ONE FIN.(1) | A | Dividend | | | Sell | 5/15 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GENERAL ELECTRIC(1) | A | Dividend | K | T | | | | | |
| 19. CHEVRON/TEXACO CORP.(1) | A | Dividend | | | Sell | 5/15 | K | D | |
| 20. ALLIED CAPITAL CORP.(1) | B | Dividend | | | Sell | 1/26 | K | D | |
| 21. DNP SELECT INCOME FUND INC.(1) | B | Dividend | K | T | | | | | |
| 22. NORTH FORK now CAPITAL ONE FIN. | A | Dividend | | | Sell | 10/2 | J | | |
| 23. BLACKROCK INCM TR INC(1) | A | Dividend | K | T | | | | | |
| 24. BLACKROCK INCM TR INC | B | Dividend | | | Sell | 10/18 | K | | |
| 25. BLACKROCK NY MN I TR SBI | C | Dividend | L | T | | | | | |
| 26. EATON VANCE INS NY MUN | C | Dividend | L | T | Buy | 4/16 | L | | |
| 27. EATON VANCE TAX ADV. DIV. INC. FD. | B | Dividend | | | Sell | 4/4 | K | D | |
| 28. ACE LIMITED DEP SHR REP 1/10 CUM RED 7.8% SER C(1) | A | Interest | J | T | | | | | |
| 29. KIMCO REALTY CORP. DEP SHR REP 1/10 CUM RD 6.65% PFD SHR (1) | A | Interest | J | T | | | | | |
| 30. CITIGROUP CAP. VIII DEF INT TRUST PFD STK 6.950% 09/15/31 | A | Interest | J | T | Part. Sell | 10/3 | J | | |
| 31. GENERAL ELECTRIC CAPTL SENIOR NOTED PFD 5.875% 2/18/33(1) | B | Interest | K | T | | | | | |
| 32. VIRGINIA POWER CAP TR II GRD TR PFD SECS 7.375% 07/30/42 | B | Dividend | | | Sell | 3/20 | K | | |
| 33. CITIGP CAPITAL VIII DEF INT TRUST PFD STK 6.959% 09/15/31(1) | B | Interest | K | T | | | | | |
| 34. WELLS FARGO CAP VIII 5.625% 8-1-33(1) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BAYSHORE NY UN FREE SCH 4.25% 1-15-24(1) | B | Interest | K | T | | | | | |
| 36. LONG ISLAND PWR AT NY EL 4.5% 12-1-24(1) | B | Interest | K | T | | | | | |
| 37. METRO TRANSIT 5.75 7/13 | A | Interest | | | Sell | 10/2 | J | | |
| 38. NY NYC MUN WFA 4.5% 6-15-36(1) | B | Interest | K | T | | | | | |
| 39. NYS EFC ST CLN DRKG SER A 4.25% 11-15-19(1) | B | Interest | K | T | | | | | |
| 40. NEW ROCHELLE NY PUB INPT SER A 4.125% 3-15-22(1) | B | Interest | K | T | buy | 7/26 | K | | |
| 41. NYS SER A 4% 3-15-22(1) | A | Interest | K | T | | | | | |
| 42. NYC NY SER H 5.00 03/15/29(1) | A | Interest | J | T | | | | | |
| 43. HARTFORD DIRECTOR(1) | | None | N | T | Part. Redeem | 2/2 | L | | |
| 44. ABN AMRO CAP FD TR VII PFD NON CUM 6.08% PERP | A | Dividend | K | T | Buy | 9/27 | K | | |
| 45. ROYAL BK SCOT GRP PLC 6.35% NONCUM PRF SR-N | A | Dividend | K | T | Buy | 9/27 | K | | |
| 46. BLACKROCK MUNIYIELD NY INS FD INC | A | Dividend | K | T | | | | | |
| 47. NUVEEN NY INV QUAL MUNI | B | Dividend | L | T | Buy | 4/16 | L | | |
| 48. NUVEEN NY QUAL INC MUNI | A | Dividend | K | T | | | | | |
| 49. PIMCO NY MUN INC FD | A | Dividend | K | T | | | | | |
| 50. MORTGAGE IT HOLDINGS INC(1) | A | Dividend | | | exchange | 1/4 | J | | |
| 51. AMERICAN CAPITAL WLD G&I CL C(2) | A | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AMERICAN CAP INC BUILDER CL C(2) | B | Dividend | L | T | | | | | |
| 53. AMERICAN BLNCD CL C(2) | A | Dividend | K | T | | | | | |
| 54. AXA ENTERPRISE MERG & ACQUI. FD CL C (2) | | None | | | Sell | 1/24 | K | | |
| 55. BLACKROCK EQUITY FD C(2) | A | Dividend | L | T | | | | | |
| 56. ML GLOBAL ALLOC. C new name BLACKROCK(2) | A | Dividend | | | Sell | 4/16 | K | B | |
| 57. COHEN & STEERS CLOSED END OPPTY FD(2) | B | Dividend | K | T | | | | | |
| 58. COLUMBIA TECH FD CL C(2) | | None | | | Sell | 5/17 | K | | |
| 59. DIAMOND HILL LONG SHORT FD CL C(2) | A | Dividend | | | Sell | 9/27 | L | C | |
| 60. PHOENIX REAL ESTATE SEC FD C(2) | A | Dividend | | | Sell | 3/27 | K | D | |
| 61. ROCHESTER LTM TERM NY MUN FD CL C(2) | B | Dividend | | | Sell | 9/27 | L | | |
| 62. MERRILL LYNCH BANK USA(2) | A | Interest | J | T | | | | | |
| 63. MERRILL LYNCH BANK & TRUST(2) | A | Interest | | | closed | 1/15 | J | | |
| 64. MERRILL LYNCH BANK USA(1) | A | Interest | K | T | | | | | |
| 65. MERRILL LYNCH BANK & TRUST (1) | A | Interest | J | T | | | | | |
| 66. MERRILL LYNCH BANK USA | A | Interest | K | T | | | | | |
| 67. ALGER CAPITAL APPRECIATION CL B (4) | | None | J | T | | | | | |
| 68. SATURNS-GS 2004-2 SER GS 5.75% 2/15/33 | B | Interest | K | T | Buy | 3/20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. SELIGMAN COMM & INF FD CL A (4) | | None | J | T | | | | | |
| 70. ABB LTD SPON ADR(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 71. ADIDAS AG SPON ADR(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 72. ADVANCED MICRO D INC(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 73. ADVANCED MICRO D INC(5) | A | Dividend | | | Sell | 3/20 | J | | |
| 74. AES CORP(5) | | None | J | T | Buy | 2/8 | J | | |
| 75. AETNA INC NEW(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 76. AETNA INC NEW(5) | A | Dividend | | | Sell | 6/19 | J | A | |
| 77. AFF. MANAGERS GRP(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 78. ALNYLAM PHARM.(5) | | None | J | T | Buy | 1/3 | J | | |
| 79. AMER EAGLE OUTFITTERS(5) | A | Dividend | J | T | Buy | 9/19 | J | | |
| 80. AM EX CO(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 81. AMER INTL GRP (5) | A | Dividend | J | T | Buy | 10/17 | J | | |
| 82. AMER MOVIL SAB DE CV(50 | A | Dividend | J | T | Buy | 6/5 | J | | |
| 83. ANHEUSR BUSCH COS (5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 84. AON CORP(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 85. APACHE CORP(5) | A | Dividend | J | T | Buy | 1/3 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. APACHE CORP(5) | A | Dividend | J | T | Part. Sell | 6/1 | J | A | |
| 87. APOLLO GROUP INC CL C | | None | J | T | Buy | 1/3 | J | | |
| 88. APOLLO GROUP INC CL C | | None | | | Sell | 5/7 | J | A | |
| 89. ARCHSTONE SMITH TR | | None | J | T | Buy | 1/3 | J | | |
| 90. ARCHSTONE SMITH TR | | None | | | Sell | 10/9 | J | A | |
| 91. AT&T INC(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 92. AT&T INC(5) | A | Dividend | | | Sell | 9/11 | J | A | |
| 93. AUTOZONE NEV COM | | None | | T | Buy | 1/3 | J | | |
| 94. AUTOZONE NEV COM | | None | | T | Sell | 4/3 | J | A | |
| 95. BANK OF AMERICA CORP (5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 96. BANK OF AMERICA CORP (5) | A | Dividend | J | T | Part Sell | 11/20 | J | | |
| 97. BARR PAHARM(5) | A | Dividend | J | T | Buy | 1/19 | J | | |
| 98. BARRICK GOLD CORP.(5) | | None | J | T | Buy | 5/7 | J | | |
| 99. BARRICK GOLD CORP.(5) | | None | J | T | Part Sell | 9/14 | J | A | |
| 100. BAXTER INTNL(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 101. BHP BILLITON LTD ADR(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 102. BIOGEN IDEC INC(5) | A | Dividend | J | T | Buy | 6/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | O =$500,001 - $1,000,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | | | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. BIOGEN IDEC INC(5) | A | Dividend | | | Sell | 12/19 | J | A | |
| 104. BOSTON PPTYS INC(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 105. BOSTON SCIENTIFIC CORP(5) | | None | J | T | Buy | 1/3 | J | | |
| 106. CANADIAN NATURAL RES LTD(5) | A | Dividend | J | T | Buy | 2/22 | J | | |
| 107. CATERPILLAR INC DEL(50 | A | Dividend | J | T | Buy | 1/3 | J | | |
| 108. CHESAPEAKE ENERGY OKLA(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 109. CHUBB CORP.(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 110. CHUBB CORP.(5) | A | Dividend | | | Sell | 7/11 | J | A | |
| 111. CIGNA CORP(5) | | None | J | T | Buy | 1/3 | J | | |
| 112. CITIGROUP INC(5) | A | Dividend | J | T | Buy | 6/18 | J | | |
| 113. CITIGROUP INC(5) | A | Dividend | | | Sell | 11/7 | J | | |
| 114. COCA COLA COM(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 115. COMCAST CORP NEW CL A(5) | | None | J | T | Buy | 1/3 | J | | |
| 116. CONOCOPHILLIPS(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 117. CONOCOPHILLIPS(5) | A | Dividend | J | T | Part. Sell | 12/4 | J | A | |
| 118. CREDIT SUISSE GP SP ADR(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 119. CYTEC INDUST.(5) | A | Dividend | J | T | Buy | 6/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. DEVON ENERGY CORP NEW (5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 121. DISNEY(WALT) COM COM STK(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 122. DISNEY(WALT) COM COM STK(5) | A | Dividend | J | T | Part. Sell | 5/21 | J | A | |
| 123. DUKE ENERGY CORP. NEW (5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 124. DUKE ENERGY CORP. NEW (5) | A | Dividend | | | Sell | 6/8 | J | A | |
| 125. EL PASO CORP.(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 126. EMC CORP MASS(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 127. EMC CORP MASS(5) | A | Dividend | | | Sell | 10/31 | J | A | |
| 128. EMERSON ELEC CO(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 129. EQUITY RESIDENTIAL(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 130. FLEXTRONICS INTL LTD(5) | | None | J | T | Buy | 1/3 | J | | |
| 131. GENERAL ELECTRIC(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 132. GENERAL GROWTH PPTYS INC(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 133. GENWORTH FINL INC COM(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 134. GENWORTH FINL INC COM(5) | A | Dividend | | | Sell | 5/14 | J | A | |
| 135. GOLD CORP INC(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 136. HARMONETICS CORP MASS(5) | | None | J | T | Buy | 1/3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Block, Frederic | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. HALLIBURTON CO(5) | A | Dividend | J | T | Buy | 5/14 | J | | |
| 138. HELIX ENERGY SOLUTIONS(5) | | None | J | T | Buy | 6/26 | J | | |
| 139. HEWLETT PACKARD CO DEL(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 140. HEWLETT PACKARD CO DEL(5) | A | Dividend | J | T | Part Sell | 10/15 | J | A | |
| 141. HONDA MOTOR ADR NEW(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 142. HONDA MOTOR ADR NEW(5) | A | Dividend | | | Sell | 9/27 | J | A | |
| 143. INTL BUSINESS MACHINES CORP (5) | A | Dividend | J | T | Buy | 8/10 | J | | |
| 144. INTRPUBLIC GRP OF CO(5) | | None | J | T | Buy | 1/3 | J | | |
| 145. INVESCO LTD(5) | | None | J | T | Buy | 6/20 | J | | |
| 146. JANUS CAP GRP INC(5) | | None | J | T | Buy | 1/3 | J | | |
| 147. JANUS CAP GRP INC(5) | | None | | | Sell | 8/10 | J | A | |
| 148. JP MORGAN CHASE(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 149. JP MORGAN CHASE(5) | A | Dividend | | | Sell | 11/20 | J | A | |
| 150. KINETIC CONCEPTS INC(5) | | None | J | T | Buy | 1/3 | J | | |
| 151. LIBERTY MEDIA HLDG(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 152. LIBERTY MEDIA HLDG(5) | A | Dividend | | | Sell | 6/27 | J | A | |
| 153. LYONDELL CHEM PV $1 (5) | A | Dividend | J | T | Buy | 1/3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. LYONDELL CHEM PV $1 (5) | A | Dividend | | | Sell | 4/17 | J | A | |
| 155. MACYS INC(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 156. MARSH & MCLENNAN COS INC(5) | A | Dividend | J | T | Buy | 2/26 | J | | |
| 157. MARSH & MCLENNAN COS INC(5) | A | Dividend | J | T | Part Sell | 10/19 | J | | |
| 158. MCDERMOTT INTL INC(5) | A | Dividend | J | T | Buy | 1/24 | J | | |
| 159. MCDERMOTT INTL INC(5) | A | Dividend | | | Sell | 10/12 | J | | |
| 160. MCDONALDS CORP COM(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 161. MEMC ELECTR MATLS INC(5) | | None | J | T | Buy | 11/1 | J | | |
| 162. MICROSOFT CORP(5) | A | Dividend | J | T | Buy | 5/8 | J | | |
| 163. MOSAIC CO(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 164. MOSAIC CO(5) | A | Dividend | | | Sell | 5/9 | J | A | |
| 165. MOTOROLA INC COM(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 166. MOTOROLA INC COM(5) | A | Dividend | | | Sell | 9/17 | J | | |
| 167. MURPHY OIL CORP(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 168. MURPHY OIL CORP(5) | A | Dividend | J | T | Part Sell | 10/31 | J | A | |
| 169. NEWMONT MINING CORP(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 170. NOVARTIS ADR(5) | A | Dividend | J | T | Buy | 1/3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Block, Frederic | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. OAO GAZPROM SPON ADR(5) | A | Dividend | J | T | Buy | 2/21 | J | | |
| 172. OILSANDS QUEST INC(5) | | None | J | T | Buy | 8/10 | J | | |
| 173. PFIZER INC DEL PV$0.05 (5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 174. PIONEER NATURAL RES CO(5) | A | Dividend | J | T | Buy | 4/10 | J | | |
| 175. PROCTOR & GAMBLE CO(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 176. PUBLIC STORAGE $0.10 (5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 177. ROYAL DUTCH SHELL PLC SPONS ADR A(5) | A | Dividend | J | T | Buy | 2/6 | J | | |
| 178. SAP AKGSLTT SPONS ADR(5) | A | Dividend | J | T | Buy | 1/29 | J | | |
| 179. SCHLUMBERGER LTD(5) | A | Dividend | J | T | Buy | 2/22 | J | | |
| 180. SIEMENS AG ADR(5) | A | Dividend | J | T | Buy | 4/24 | J | | |
| 181. SILVER WHEATON CORP(5) | | None | J | T | Buy | 4/24 | J | | |
| 182. SIMON PROP GRP DEL(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 183. SPRINT NEXTEL CORP(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 184. SPRINT NEXTEL CORP(5) | A | Dividend | | | Sell | 6/27 | J | | |
| 185. SOUTHWEST AIRLNS CO(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 186. SOUTHWESTERN ENERGY CO(5) | | None | J | T | Buy | 1/3 | J | | |
| 187. SPECTRA ENERGY CORP(5) | A | Dividend | J | T | Buy | 9/10 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. STRYKER CORP(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 189. STRYKER CORP(5) | A | Dividend | J | T | Part Sell | 6/13 | J | A | |
| 190. SUN MICROSYS INC(5) | | None | J | T | Buy | 9/12 | J | | |
| 191. SUNCOR ENERGY INC NPV(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 192. SUNTECH PWR HLDGS CO LTD(5) | | None | J | T | Buy | 10/3 | J | | |
| 193. SYMANTEC CORP COM (5) | | None | J | T | Buy | 1/3 | J | | |
| 194. SYMANTEC CORP COM (5) | | None | J | T | Part Sell | 12/28 | J | | |
| 195. TESORO CORP(5) | A | Dividend | J | T | Buy | 11/21 | J | | |
| 196. TEXAS INSTRM(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 197. TIME WARNER INC NEW (5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 198. TITANIUM METALS CORP NEW(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 199. UNILEVER NV NY REGS SHS(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 200. UNILEVER NV NY REGS SHS(5) | A | Dividend | J | T | Part Sell | 11/1 | J | A | |
| 201. UNUM GROUP(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 202. US BANCORP NEW(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 203. US BANCORP NEW(5) | A | Dividend | | | Sell | 8/10 | J | | |
| 204. VORNADO REALTY TST COM (5) | A | Dividend | J | T | Buy | 1/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 I12 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 ● =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. WAL-MART STORES INC(5) | A | Dividend | J | T | Buy | 1/3 | J | | |
| 206. WASHINGTON POST CO B (5) | A | Dividend | J | T | Buy | 1/25 | J | | |
| 207. WASTE MGMT INC NEW(5) | A | Dividend | J | T | Buy | 2/9 | J | | |
| 208. WEATHERFORD INTL LTD BERMUDA(5) | | None | J | T | Buy | 1/3 | J | | |
| 209. WEBMD HEALTH CORP(5) | | None | J | T | Buy | 1/3 | J | | |
| 210. WSTN DIGITAL CORP DEL(5) | | None | J | T | Buy | 6/22 | J | | |
| 211. WSTN DIGITAL CORP DEL(5) | | None | J | T | Part Sell | 11/29 | J | A | |
| 212. WYNN RESORTS LTD(5) | | None | J | T | Buy | 1/3 | J | | |
| 213. STREETTRACKS GOLD TR(5) | | None | J | T | Buy | 1/3 | J | | |
| 214. MERRILL LYNCH BK USA(5) | A | Interest | J | T | deposit | 1/3 | J | | |
| 215. IRA - F. BLOCK | | | | | | | | | |
| 216. -ALLIED CAPITAL CORP. NEW | C | Dividend | | | Sell | 1/17 | K | | |
| 217. COMCAST CORP.USCRD NOTES SER B 7% 9-15-55 | B | Dividend | K | T | | | | | |
| 218. -DNP SELECT INCOME FD INC | B | Dividend | | | Sell | 5/7 | K | A | |
| 219. FRT TRT VAL INDX | A | Dividend | K | T | Buy | 2/9 | K | | |
| 220. FRT TRT VAL INDX | A | Dividend | | | Sell | 10/9 | K | | |
| 221. -NEWCASTLE INVESTMENT CRP REITS DIVERS. | C | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -GEORGIA PWR CAP TRUST V DEF INT TR PFD 7.125% 03/31/42 | B | Interest | | | Redeem | 6/21 | K | | |
| 223. -GENERAL ELECTRIC CAPTLSENIOR NOTES PFD STK 5.875% 2/18/33 | B | Interest | | | Sell | 1/3 | K | A | |
| 224. -MERRILL LYNCH & CO SRUS SER MLNP 4.15 10/4/11 | B | Interest | K | T | | | | | |
| 225. -MORGAN STANLEY - TR V DEF INT TR PFD 5.75% 7/15/33 | B | Interest | K | T | | | | | |
| 226. -HERTZ CORP. NOTES 7.4% 03/01/11 | C | Interest | K | T | | | | | |
| 227. CBS CORP. 7.25% 06/30/51 | B | Interest | K | T | | | | | |
| 228. -CITIGROUP CAP VIII DEF INT TR PFD STK 6.95% 09/15/31 | C | Interest | K | T | Part. Sell | 2/14 | K | | |
| 229. -WELLS FARGO TR VI TRUST PFD SEC 6.95% 04/15/32 | C | Interest | | | Sell | 3/28 | L | A | |
| 230. -VERIZON NEW - SR NOTES 7% 5/15/42 | C | Interest | | | Sell | 3/23 | K | | |
| 231. -VIRGINIA POWER TR II GTD TR - SECS 7.375% 07/30/42 | C | Interest | | | Sell | 3/23 | K | | |
| 232. -VORNADO REALTY TRUST SER F CUM PFD SHS 6.75% PERP | C | Interest | K | T | | | | | |
| 233. ALLIANZ NFJ DIVD VALUE CL C | A | Dividend | | | Sell | 12/6 | K | | |
| 234. ALLIANZ NACM PACIFIC RIM FD CL C | | None | K | T | Buy | 6/5 | K | | |
| 235. AMERICAN FUNDM INVT CL C FD | A | Dividend | L | T | | | | | |
| 236. AMERICAN CAP WLD GRW & INC CL C | A | Dividend | K | T | | | | | |
| 237. AMERICAN CAP INC BUILDER CL C | B | Dividend | L | T | | | | | |
| 238. AMERICAN CAP. WORLD BD FD CL C | A | Dividend | K | T | Buy | 12/28 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 239. AMERICAN HIGH INC TRUST FD CL C | B | Dividend | K | T | Buy | 12/28 | K | | |
| 240. AMERICAN BOND FD OF AMERICA CL C | B | Dividend | K | T | Buy | 12/28 | K | | |
| 241. ARROW DWA BALANCED FD CL A | A | Dividend | L | T | Buy | 8/31 | L | | |
| 242. BLACKROCK EQUITY DIV FD C | A | Dividend | K | T | | | | | |
| 243. -BLACKROCK INCM TR INC | B | Interest | | | Sell | 10/23 | K | | |
| 244. COHEN & STEERS CLOSED END OPPTY FD | B | Dividend | K | T | | | | | |
| 245. COLUMBIA ACORN SELECT FD CL C | | None | K | T | Buy | 4/16 | L | | |
| 246. DELAWARE INVT GBL D INC | B | Dividend | K | T | Buy | 5/2 | K | | |
| 247. -EVERGREEN MANAGED INCOME FUND Multi Sector | C | Dividend | K | T | | | | | |
| 248. FRANKLIN TEMPLETON HARD CURRCY FD | A | Dividend | | | Sell | 4/19 | K | | |
| 249. -HANCOCK JOHN INC S T SBI | C | Dividend | | | Sell | 10/23 | K | A | |
| 250. HANCOCK PREF INC 3 | C | Dividend | K | T | Buy | 10/18 | K | | |
| 251. IVY ASSET STRATEGY FD CL C | | None | K | T | Buy | 12/3 | K | | |
| 252. IVY CAPITAL APPRC. FD CL C | | None | K | T | Buy | 8/2 | K | | |
| 253. BLACKROCK ALLOCATION C | A | Dividend | K | T | Part. Sell | 8/24 | K | | |
| 254. -MFS GOVT MKTS INC TR SBI | B | Dividend | | | Sell | 1/12 | K | | |
| 255. NATIXIS INC DIV PTFLIO CL C | B | Dividend | K | T | Buy | 1/24 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Block, Frederic | 05/05/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544